UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAURA JACKSON, et al._____Plaintiff(s),_____v.____SOCIAL SECURITY ADMINISTRATION,_____Defendant(s). | CASE NO. C25-1830-KKE____ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |

This matter comes before the Court on its own motion. Plaintiff Laura Jackson, proceeding *pro se*, filed a motion for leave to proceed in forma pauperis in this Court on September 22, 2025. Dkt. No. 1. On September 30, 2025, U.S. Magistrate Judge Michelle L. Peterson ordered Jackson to show cause by October 31, 2025, why Judge Peterson should not recommend that her motion be denied because she failed to include information about her monthly expenses, why she could not pay court fees, or how she meets her basic living needs given her stated lack of income or savings. Dkt. No. 5. That order was mailed to Jackson at the address on file with the Clerk's Office, but was returned on October 14, 2025, as undeliverable. Dkt. No. 6. The docket reflects that Jackson called the Clerk's office to fix the unit number on the docket and was notified that she must file a notice of change of address in writing. *Id.* She has neither filed such a notice nor responded to Judge Peterson's order to show cause as of this date.

ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE
- 1

Local Rules W.D. Wash. 41(b)(2) provides that "[i]f mail directed to a pro se plaintiff by the clerk is returned by the Postal Service, or if email is returned by the internet service provider, and if such plaintiff fails to notify the court and opposing parties within 60 days thereafter of his or her current mailing or email address, the court may dismiss the action without prejudice for failure to prosecute."  Because Jackson has not filed a notice of change of address within the 60 days provided by LCR 41(b)(2) and has not responded to Judge Peterson's order, the Court ORDERS Plaintiff to SHOW CAUSE no later than December 29, 2025, why this action should not be dismissed without prejudice for failure to prosecute.  See Fed. R. Civ. P. 41(b).

The Clerk is directed to mail this order, as well as Judge Peterson's order to show cause (Dkt. No. 5), to Plaintiffs, including to Jackson at the updated unit number reflected on the docket.

Dated this 15th day of December, 2025.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge

ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE - 2