UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAURA JACKSON, et al. | CASE NO. C25-1830-KKE |
| Plaintiff(s), | ORDER DISMISSING CASE WITHOUT PREJUDICE |
| v. | |
| SOCIAL SECURITY ADMINISTRATION, | |
| Defendant(s). | |

On December 15, 2025, the Court ordered Plaintiff Laura Jackson to show cause why this action should not be dismissed for failure to prosecute after Jackson failed to respond to an earlier order concerning her motion for leave to proceed in forma pauperis and failed to file a notice of change of address. Dkt. No. 7. Jackson has not timely responded to the Court's order or filed a notice of change of address. The Court cautioned that failure to respond could result in this case being dismissed without prejudice.

Accordingly, the Court DISMISSES this action without prejudice for failure to prosecute under Federal Rule of Civil Procedure 41(b) and Local Civil Rule 41(b). The Clerk is directed to mail this order to Plaintiffs.

Dated this 6th day of January, 2026.

Kymberly K. Evanson
United States District Judge

ORDER DISMISSING CASE WITHOUT PREJUDICE - 1